RECEIVED
IN LAKE CHARLES, LA.

APR 26 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL BOATENG<br>A#088012432 | : | DOCKET NO. 2:11 CV 1975 |
| VS. | : | JUDGE MINALDI |
| JOE P. YOUNG, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 25 day of April 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE